UNITED STATES FEDERAL COURTHOUSE

Leadis Randle, Representative

vs.

Foreign agents
WHATLEY, HIGGINS

4:23-cv-00116-BRW

02-06-2023

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 07 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

— serve —

Randle demand letter for Foreign registration act of 1938 and the Anti Bribery statements, Title 22, 611-z

This case assigned to District Judge <u>Wilson</u>
and to Magistrate Judge <u>Volpe</u>

1. Randle request Karen D. Whately, and Pulaski County detention center agent Eric Higgins to bring forward their oath of office and also their foreign agent registration under the Fara act.

2. Randle add Title 8 Sec 1481 shows that once the oath of office is taken then the citizenship is relinquished. and that 22 CFR 92.1-92.3 shows that all public officials are foreign.

3. Randle add that he has noticed also that the attorney general Lessie Rutledge has failed to move these agents to show these documents that are mandatory by the act and laws favored to the public under the disclosure act, and Common law Fraud Standards. Randle request this notice to these agents and release him if they fail to show these documents in a timely manner under the act

Notice & review                                      page 2 of 2

## Demand Letter Notice
## FARA Act Registration and

Anti Bribery statements, privacy act statement, requested under Title 8 sec 1481 citizenship is Relinquished. for all public officials,

1. Randle state that corruption is going strong in Little Rock Arkansas, courts, Probation office, In the attorney General office, and also in the police stations, and detention centers,

2. Randle add that these agents, and agencys are abusing their autority and power by having relationships with foreign agents, material such as devices, and Internet services that allow them to be elected for positions that gives power over citizens, example Leslie Rutldge voting for a corruputed president Trump all over the internet while allowing public officials to inslave foreigners in jail to gain more funding and power in certain programs,

3. Randle also further add that the jails are over crowed and foreigners are being used to help masked the issues while helping to inslave more foreigners by communications and agreements, Randle claim that the fara act of 1938 is being ignored and not being registered

Leodis Rundle
2451 Howard St
Little Rock Arkansas
72206



LITTLE ROCK AR  720

6 FEB 2023   PM 4   L

PULASKI COUNTY
REGIONAL DETENTION
FACILITY

Federal Court House
600 west Capitol Avenue
Little Rock Arkansas 72201-9741

72201-332999