IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                                          **PLAINTIFF**

VS.                                          **4:23-CV-00116-BRW**

**KAREN D. WHATLEY, Foreign Agent and**
**ERIC HIGGINS, Foreign Agent**                                            **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　BILLY ROY WILSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE